**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DIANE SANCHEZ-LAZO,          Plaintiff, vs. SUN CAB, INC., *et al.*,          Defendants. | 2:15-cv-00983-JCM-CWH <br> **ORDER** |

Before the court is Defendant's Motion to Continue Early Neutral Evaluation Session (#12).

IT IS HEREBY ORDERED that an in chambers telephonic hearing is scheduled for 3:30 p.m., August 5, 2015. The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 4th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE