1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   CRYSTAL J. HERRERA, ESQ., Bar # 12396
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendants,
   SUN CAB, INC. d/b/a NELLIS CAB COMPANY
6  and NELLIS CAB, LLC

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

| | |
|---|---|
| DIANE SANCHEZ-LAZO, | Case No. 2:15-cv-00983-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| SUN CAB, INC., a Nevada Corporation d/b/a NELLIS CAB COMPANY; NELLIS CAB, LLC., a Nevada Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive, | |
| Defendant. | |

The parties to this litigation, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order dismissing this action in its entirety, with prejudice.

…

…

…

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree that each party will bear its own costs and fees.

Dated:  November 10, 2015

Respectfully submitted,

/s/ Erica D. Loyd
PATRICK W. KANG, ESQ.
ERICA D. LOYD, ESQ.
KANG & ASSOCIATES, PLLC

Attorneys for Plaintiff,
DIANE SANCHEZ-LAZO

Dated:  November 10, 2015

Respectfully submitted,

/s/ Crystal J. Herrera
ROGER L. GRANDGENETT II, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants,
SUN CAB, INC. d/b/a NELLIS CAB COMPANY and NELLIS CAB, LLC

**ORDER**

IT IS SO ORDERED.

Dated:  November 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

2.